UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON, | No. 2:22-cv-0450 CKD P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Petitioner has filed a petition for a writ of habeas corpus. It appears petitioner intended to file the petition in the Superior Court of San Luis Obispo County. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of his petition for writ of habeas corpus along with this order; and

2. The Clerk of the Court is directed to close this case.

Dated: March 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bart0450.wp